Barrett Company, Libelant-Appellant, v. Steam Tug MARY J. KENNEDY, Her Engines, etc.; Elizabeth Company, Claimant-Appellee.

(Circuit Court of Appeals, Second Circuit. March 19, 1926.)

No. 262.

Appeal from the District Court of the United States for the Eastern District of New York.

Macklin, Brown & Van Wyck, of New York City (Horace L. Cheyney, of New York City, of counsel), for appellant.

Foley & Martin and William J. Martin, all of New York City, for appellee.

Before HOUGH, MANTON, and HAND, Circuit Judges.

PER CURIAM. Decree (11 F.[2d] 623) affirmed, with costs.